# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **EDCV 19-2208-ODW (JPR)**   Date: **November 22, 2019**

Title: **Raul Martinez v. Warden**

================================================================

**DOCKET ENTRY: Order Dismissing Petition with Leave to Amend**

================================================================

PRESENT:

        **HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PETITIONER:   ATTORNEYS PRESENT FOR RESPONDENT:

  None present     None present

**PROCEEDINGS: (IN CHAMBERS)**

    On November 18, 2019, Petitioner filed a Petition for Writ of Habeas Corpus. The Petition is neither signed nor dated, however. (See Pet. at 8.) It is therefore DISMISSED WITH LEAVE TO AMEND. No later than 30 days from the date of this order, Petitioner must file a signed and dated First Amended Petition or this action may be dismissed for failure to prosecute.

    The Court takes no position on whether any amended petition (or the Petition, for that matter) would be timely or otherwise procedurally proper.

MINUTES FORM 11   Initials of Deputy Clerk:bm
CIVIL-GEN