,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL MARTINEZ, | ) Case No. EDCV 19-2208-ODW (JPR) |
| Petitioner, | ) |
| v. | ) ORDER SUMMARILY DISMISSING<br>) PETITION FOR WRIT OF HABEAS<br>) CORPUS AND ADMINISTRATIVELY |
| WARDEN, Centinela State Prison, | ) CLOSING CASE<br>) |
| Respondent. | ) |

On November 18, 2019, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. The Petition was not signed or dated (see Pet. at 9),[1] however, so the Magistrate Judge dismissed it with leave to amend, ordering him to file a signed amended petition by no later than December 18. To date he has not done so, and the Court's review of the California Inmate Locator website reveals that he remains incarcerated at his address of record.

Under § 2242, a habeas petition must be "verified by the

---

[1] Because the Petition is not consecutively paginated, the Court uses the pagination generated by its Case Management/ Electronic Case Filing system.

1

person for whose relief it is intended or by someone acting in his behalf." See also R. 2(c)(5), Rs. Governing Habeas Corpus Cases Under § 2254 (requiring signature under penalty of perjury). Petitioner's habeas petition was not signed or dated by him or anyone else. And despite having been given the opportunity to fix the problem, he has not done so. Accordingly, the Petition is dismissed without prejudice. See Hendricks v. Vasquez, 908 F.2d 490, 491 (9th Cir. 1990) (noting that court "may refuse to file, or may dismiss, an unsigned and unverified petition"). The Court takes no position on whether any future petition will be time barred, successive, or otherwise procedurally improper.

DATED: January 10, 2020

OTIS D. WRIGHT II
U.S. DISTRICT JUDGE

Presented by:

Jean Rosenbluth
U.S. Magistrate Judge