JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL MARTINEZ, | Case No. EDCV 19-2208-ODW (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| WARDEN, Centinela State Prison, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: January 10, 2020

OTIS D. WRIGHT II
U.S. DISTRICT JUDGE